```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


DERRICK ALLEN,                 )
                               )
          Plaintiff,           )
                               )
     v.                        )      1:22CV623
                               )
GERBER COLLISION & GLASS,      )
                               )
          Defendant.           )
```

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 15, 2022, was served on the parties in this action. (Text Recommendation dated August 14, 2022; Doc. 5.) Plaintiff objected to the Recommendation. (Doc. 6.)

The court has reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim.

/s/   Thomas D. Schroeder
United States District Judge

August 26, 2022